**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, | ) | |
| CENTRAL LABORERS' PENSION SUPPLEMENTAL FUND, | ) | |
| CENTRAL LABORERS' WELFARE FUND, | ) | |
| CENTRAL LABORERS' RETIREE WELFARE FUND | ) | |
| CENTRAL LABORERS' ANNUITY FUND, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **13 C 682** |
| | ) | |
| ASC INSULATION, FIREPROOFING AND SUPPLIES, INC., an Illinois corporation, | ) | Judge John J. Tharp, Jr. |
| | ) | |
| | ) | Magistrate Judge Daniel G. Martin |
| Defendant(s). | ) | |

## ORDER

This cause coming to be heard on Plaintiffs' Motion for Default Order and Default Judgment, the Court having subject matter jurisdiction,

THIS COURT FINDS THAT:

Defendant ASC INSULATION, FIREPROOFING AND SUPPLIES, INC. was served with summons and a copy of the amended complaint in this case and has failed to file an appearance, an answer, or otherwise defend as to this action. (Docket Entry #5.)

NOW THEREFORE, IT IS ORDERED AND ADJUDGED:

Plaintiffs' motion are granted.

Default is entered in favor of all Plaintiffs and against Defendant ASC INSULATION, FIREPROOFING AND SUPPLIES, INC.

Judgment in the amount of $19,898.30 is entered in favor of all Plaintiffs and against Defendant ASC INSULATION, FIREPROOFING AND SUPPLIES, INC., for delinquencies determined by audit for the period January 1, 2007 through November 30, 2010.

ENTER:

John J. Tharp, Jr.
U.S. District Judge
DATED: 9/3/13